RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 24 2006

JAMES N. HATTEN, Clerk
By: Deputy Clerk

To Whom it may concern: U.S District

1 06 CV 2878

RWS

My name is Michael K Coy, I am currently in custody at White County Detention Center. I have been here going on 5 months. I have plead not guilty. I am suppose to get a bond, but I have yet recieved one.

I havent see a public defender or any legal aid the whole time I've been here (No lawyer or access to the law library, They wont give me case # warrant # etc.

I am a single father of a 12 yr. old son his mom is deceased and he is in school, I also have bills, and legal matter need to be tooken care of. The charges that Iam charged with are misdemeanors, I an plea not guilty, but they have upgraded them to felonys, which is impossible How can they upgrade, Thats extreme and I dont need on my record. Much less Iam not a flight risk, I should have received bond by now, law say 72 hrs. I am going on five month, My 12 yr. old need his dad..

I don't believe white County is helping people they just putting Inmates down the road for a long time. Its been 16 yrs. since I've been in serious trouble, so if possible, please help

respectfully, Thanks
Michael K Coy