**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

MICHAEL K. CROY,
Plaintiff,

vs.

UNKNOWN
Defendant.

CIVIL ACTION FILE

NO. 1: 06-cv-2878-RWS

**JUDGMENT**

This action having come before the court, Honorable Richard W. Story, United States District Judge, for a frivolity determination pursuant to 28 U.S.C. §1915A(b)(1), and the court having made such determination, it is

**Ordered and Adjudged** that the action be **DISMISSED** as frivolous.

Dated at Atlanta, Georgia, this 18th day of December, 2006.

JAMES N. HATTEN
CLERK OF COURT

By: s/Shirley J. Kennedy
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office on December 18, 2006.
James N. Hatten, Clerk of Court

By: s/Shirley J. Kennedy
Deputy Clerk